## Ex parte E. R. LEWIS.

No. A-6849.  Opinion Filed Feb. 28, 1931.
(296 Pac. 1116.)

PER CURIAM.   It appearing to the court that the petition in this case was filed on November 15, 1927, and that no one appears for the petitioner to prosecute said petition, it is therefore considered and ordered by the court that for failure of the petitioner to prosecute his case the same is dismissed.